532 A.2d 434

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Leonard TRESSLER, Sr., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 1987.

---

7. Clearly, none of the other four exceptions to Section 761(a)(1) would apply in this case.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 1987, the order of Superior Court is vacated and the case remanded to the Court of Common Pleas of Centre County for proceedings consistent with *Commonwealth v. Andrew Revtai, Dennis Allen Briggs, Alan Keith Seeger, Cathryn Lee Press, Monroe C. Hatcher, Sr. and Michael T. McConville,* 516 Pa. 53, 532 A.2d 1 (1987).